# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America

    Plaintiff,

v.

$56,100 in U.S. Currency

    Defendant,

Mr. Phuc Dinh Le

    Claimant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 23-cv-00392-JWB-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Stipulation of Settlement between the United States and Claimant Phuc Dinh Le (Doc. No. 14) is **APPROVED**;

2. The United States' Motion for a Default Judgment and Final Order of Forfeiture (Doc. No. 16) is **GRANTED**;

3. Default judgment is entered against all unknown persons and entities having an interest in the Defendant currency for failure to file claim to the Defendant currency and answer the Verified Complaint for Forfeiture In Rem, as required by 18 U.S.C. § 983(a)(4)(A) and (B), and by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

4. Per the Stipulation of Settlement between the United States and Claimant Phuc Dinh Le, $44,880.00 of the Defendant currency is forfeited to the United States pursuant to

21 U.S.C. § 881(a)(6) for disposition in accordance with law, and $11,220.00 of the Defendant currency shall be returned to Claimant Phuc Dinh Le pursuant to the terms of the settlement.

Date: 11/28/2023                                                                                    KATE M. FOGARTY, CLERK